# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NUMBER |
| VS. | : 05 – 26 ERIE |
| | : |
| ALESHA M. EBERLE, | : |
| DEFENDANT | : |

## PRAECIPE FOR APPEARANCE

To the Clerk of Courts:

Kindly enter my appearance for the Defendant Alesha M. Eberle in the above captioned matter.

Date: June 30, 2005

Respectfully Submitted,

_____
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330

## CERTIFICATE OF SERVICE

On the same day this document was filed with this Honorable Court a true and correct copy was sent by mail to the following:

United States Attorney's Office
17 South Park Row, Room A330
Erie, PA 16501-1158

Respectfully Submitted,

_____
Michael R. Hadley, Esq.