# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NUMBER |
| VS. | : 05 – 26 ERIE |
| | : |
| ALESHA M. EBERLE, | : |
| DEFENDANT | : |

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

**COMES NOW**, this 30th day of June, 2005, the Defendant, by and through below signed counsel, and motions this Honorable Court to extend the time for filing pretrial motions and represents:

1. On June 28, 2005 the Defendant was arraigned and pretrial motions became due within ten (10) days. Ten (10) days from June 28, 2005 is Friday, July 8, 2005. The current deadline is July 8, 2005.

2. The Assistant United States Attorney handling the arraignment indicated no objection to a sixty (60) day extension of time to file pretrial motions.

3. Counsel has just been appointed on this case and additional time is needed to adequately prepare and become familiar with this case.

**WHEREFORE**, the attached Order should be granted allowing a sixty (60) day extension to file pretrial motions.

Respectfully Submitted,

*/s/ Michael R. Hadley*
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330

## CERTIFICATE OF SERVICE

On the same day this document was filed with this Honorable Court a true and correct copy was sent by mail to the following:

United States Attorney's Office
17 South Park Row, Room A330
Erie, PA 16501-1158

Respectfully Submitted,

*/s/ Michael R. Hadley*
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330