## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL NUMBER |
| VS. : | 05 – 26 ERIE |
| : | |
| ALESHA M. EBERLE, : | |
| DEFENDANT : | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of the within Unopposed Motion to Extend Time for Filing Pretrial Motions, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that the extension of time caused by this continuance be deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the court finds that the ends of Justice served by granting this continuance outweigh the best interest of the public and the Defendant to a speedy trial, 18 U.S.C. § 3161 (h) (8) (A), since, for the reasons stated in the Defendant's motion, the failure to grant such continuance would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (8) (B) (iv).

**IT IS FURTHER ORDERED** that any pretrial motions referred to in Local Criminal Rule 12.1 are due on or before September 8, 2005.

BY THE COURT:

_____
Hon. Sean J. McLaughlin
United States District Judge

CC:    Counsel of Record