# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL NUMBER |
| VS. : | 05 – 26 ERIE |
| : | |
| ALESHA M. EBERLE, : | |
| DEFENDANT : | |

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

**COMES NOW**, this 1st day of September, 2005, the Defendant, by and through below signed counsel, and motions this Honorable Court to extend the time for filing pretrial motions and represents:

1. By Order of court dated July 6, 2005 pre-trial motions are now due on or before September 8, 2005.

2. The Assistant United States Attorney handling this case has indicated no objection to a thirty (30) day extension of time to file pretrial motions.

3. Additional time is needed to adequately prepare and / or possibly resolve this case.

**WHEREFORE**, the attached Order should be granted allowing a thirty (30) extension to file pretrial motions.

Respectfully Submitted,

_____
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330

# CERTIFICATE OF SERVICE

    On the same day this document was filed with this Honorable Court a true and correct copy was sent by mail to the following:

United States Attorney's Office
17 South Park Row, Room A330
Erie, PA 16501-1158

Respectfully Submitted,

_____
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL NUMBER |
| VS. : | 05 – 26 ERIE |
| : | |
| ALESHA M. EBERLE, : | |
| DEFENDANT : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of the within Unopposed Motion to Extend Time for Filing Pretrial Motions, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion be and hereby is **GRANTED**;

IT IS FURTHER ORDERED that the extension of time caused by this continuance be deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the court finds that the ends of Justice served by granting this continuance outweigh the best interest of the public and the Defendant to a speedy trial, 18 U.S.C. § 3161 (h) (8) (A), since, for the reasons stated in the Defendant's motion, the failure to grant such continuance would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (8) (B) (iv).

**IT IS FURTHER ORDERED** that any pretrial motions referred to in Local Criminal Rule 12.1 are due on or before October 8, 2005.

BY THE COURT:

_____
Hon. Sean J. McLaughlin
United States District Judge

CC:   Counsel of Record