# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL NUMBER |
| VS. : | 05 – 26 ERIE |
| : | |
| ALESHA M. EBERLE, : | |
| DEFENDANT : | |

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

**COMES NOW**, this 4th day of October, 2005, the Defendant, by and through below signed counsel, and without opposition motions this Honorable Court to extend the time for filing pretrial motions and represents:

1. By Order of court dated September 15, 2005 pre-trial motions are now due on or before October 8, 2005.

2. The Assistant United States Attorney handling this case has indicated no objection to a thirty (30) day extension of time to file pretrial motions (the extension is slightly more than thirty days to coordinate the date with that of co-defendant George Eberle).

3. Additional time is needed to adequately prepare and / or possibly resolve this case. Furthermore, coordination of computer expert's access continues.

**WHEREFORE**, the attached Order should be granted allowing a thirty (30) extension to file pretrial motions.

Respectfully Submitted,

_____
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330

## CERTIFICATE OF SERVICE

On the same day this document was filed with this Honorable Court a true and correct copy was sent electronically to the following:

United States Attorney's Office
17 South Park Row, Room A330
Erie, PA 16501-1158

Respectfully Submitted,

_____
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330