IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NUMBER |
| VS. | : | 05 – 26 ERIE |
| | : | |
| ALESHA M. EBERLE, | : | |
| DEFENDANT | : | |

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

**COMES NOW**, this 2nd day of November, 2005, the Defendant, by and through below signed counsel, and without opposition motions this Honorable Court to extend the time for filing pretrial motions and represents:

1. By previous Order of court pre-trial motions are now due on or before November 14, 2005.

2. The Assistant United States Attorney handling this case has indicated no objection to an extension of time to file pretrial motions for the same reasons stated by co-defendant George Eberle and to the same date.

3. Additional time is needed to adequately prepare and / or possibly resolve this case. Furthermore, coordination of computer expert's access continues.

**WHEREFORE**, the attached Order should be granted allowing until January 23, 2006 to file pretrial motions.

Respectfully Submitted,

_____
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330

## CERTIFICATE OF SERVICE

On the same day this document was filed with this Honorable Court a true and correct copy was sent electronically to the following:

United States Attorney's Office
17 South Park Row, Room A330
Erie, PA 16501-1158

Respectfully Submitted,

_____
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330