# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                                           :

                                           :    **CRIMINAL NUMBER**
              VS.                           :    **05 – 26 ERIE**
                                           :

ALESHA M. EBERLE,    :
      DEFENDANT    :

## MOTION TO JOIN CO-DEFENDANT'S MOTION TO COMPEL DISCOVERY AND RULING OF COURT

**COMES NOW**, this 19th day of December, 2005, the Defendant, by and through below signed counsel, and motions this Honorable Court and represents:

1.    On August 12, 2005 (Docket entry #37) co-defendant and husband George Eberle filed a Motion to Compel Discovery with regards to the computer hard drive involved in this case.

2.    On September 19, 2005 (docket entry #46) this Honorable Court entered an Order ruling on the Motion to Compel Discovery.

3.    Although co-defendant Alesha Eberle has been proceeding with the understanding of all involved that this Honorable Court's ruling in George Eberle's case was also applicable in her case, that matter is not formally of record. In fact, Alesha's computer expert has a scheduled meeting with the FBI on December 21, 2005 to examine the hard drive under the rules set forth in this Honorable Courts Order of September 19, 2005 (docket entry #46)

4.    This motion and proposed Order are submitted to formalize the working understanding of all parties.

WHEREFORE, the attached Order should be granted allowing Alesha Eberle to Join the Motion to Compel Discovery of the co-defendant and to make this Honorable Court's ruling applicable in her case as well.

Respectfully Submitted,

Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330

## CERTIFICATE OF SERVICE

On the same day this document was filed with this Honorable Court a true and correct copy was sent electronically to the following:

United States Attorney's Office
17 South Park Row, Room A330
Erie, PA 16501-1158

Respectfully Submitted,

Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330