# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NUMBER** |
| **VS.** | : | **05 – 26 ERIE** |
| | : | |
| **ALESHA M. EBERLE,** | : | |
| **DEFENDANT** | : | |

## ORDER OF COURT

**AND NOW,** this _____ day of _____, 2005, upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion be and hereby is **GRANTED** and that;

1.  Alesha Eberle may join and is considered as joining co-defendant George Eberle's Motion to Compel Discovery of August 12, 2005 (docket # 37); and

2.  This Honorable Court's Order of September 19, 2005 (docket entry #46) is applicable to Alesha Eberle as well.

BY THE COURT:

_____
Hon. Sean J. McLaughlin
United States District Judge

CC:     Counsel of Record