# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | **CRIMINAL NUMBER** |
| VS.   : | **05 – 26 ERIE** |
| : | |
| ALESHA M. EBERLE, : | |
| DEFENDANT   : | |

## MOTION TO JOIN CO-DEFENDANT'S OMNIBUS PRETRIAL MOTIONS

**COMES NOW**, this 23rd day of January, 2006, the Defendant, by and through below signed counsel, and motions this Honorable Court and represents:

1. On this day co-defendant George Eberle has filed an *Omnibus Pretrial Motion* (docket # 57) and Alesha Eberle wishes to join her co-Defendant in making the same motions to this Honorable Court.

2. Footnote 1 of co-defendant George Eberle's motion acknowledges this request would be forthcoming from Alesha Eberle and indicates no objection to Alesha Eberle joining the motion.

**WHEREFORE**, the attached Order should be granted.

Respectfully Submitted,

Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330

## CERTIFICATE OF SERVICE

On the same day this document was filed with this Honorable Court a true and correct copy was sent electronically to the following:

United States Attorney's Office
17 South Park Row, Room A330
Erie, PA 16501-1158

Respectfully Submitted,

/s/ Michael R. Hadley
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330