IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL NUMBER |
| VS. : | 05 – 26 ERIE |
| : | |
| ALESHA M. EBERLE, : | |
| DEFENDANT : | |

### MOTION TO JOIN CO-DEFENDANT'S *MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT*

**COMES NOW**, this 19th day of February, 2006, the Defendant, by and through below signed counsel, and motions this Honorable Court and represents:

1. On January 30, 2006 co-defendant George Eberle filed a *Motion to Strike Surplusage from Indictment* (docket # 63) and Alesha Eberle wishes to join her co-Defendant in making the same motion to this Honorable Court.

**WHEREFORE**, the attached Order should be granted.

Respectfully Submitted,

*/s/ Michael R. Hadley*

Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330