# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL NUMBER |
| VS. : | 05 – 26 ERIE |
| : | |
| ALESHA M. EBERLE, : | |
| DEFENDANT : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion be and hereby is **GRANTED** and that;

1. Alesha Eberle may join and adopt co-defendant George Eberle's *Motion to Strike Surplusage from Indictment* (docket # 63).

BY THE COURT:

_____
Hon. Sean J. McLaughlin
United States District Judge

CC:   Counsel of Record