# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NUMBER |
| VS. | : | 05 – 26 ERIE |
| | : | |
| ALESHA M. EBERLE, | : | |
| DEFENDANT | : | |

### MOTION TO JOIN CO-DEFENDANT'S *MOTION IN LIMINE TO EXCLUDE GOVERNMENT'S PROFFERED 404(b) EVIDENCE*

**COMES NOW**, this 1st day of March, 2006, the Defendant, by and through below signed counsel, and motions this Honorable Court and represents:

1. On February 24, 2006 co-defendant George Eberle filed a *Motion in Limine to Exclude Government's Proffered 404(b) Evidence* (docket # 81) and Alesha Eberle wishes to join her co-Defendant in making the same motion to this Honorable Court.

**WHEREFORE**, the attached Order should be granted.

Respectfully Submitted,

/s/ Michael R. Hadley, Esq.
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330