# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **CRIMINAL NUMBER** |
| **VS.** : | **05 – 26 ERIE** |
| : | |
| **ALESHA M. EBERLE,** : | |
| **DEFENDANT** : | |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2006, upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion be and hereby is **GRANTED** and that;

1. Alesha Eberle may join and adopt co-defendant George Eberle's *Motion in Limine to Exclude Government's Proffered 404(b) Evidence* (docket # 81)

BY THE COURT:

_____
Hon. Sean J. McLaughlin
United States District Judge

CC:   Counsel of Record