*IN THE UNITED STATES DISTRICT COURT*
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.
_____
Plaintiff

vs.                                No. CR 05-26 E

George Eberle (1)
Alesha Eberle (2)
_____
Defendant

HEARING ON **Motions**

Held on **Tuesday 3-7-06**

Before Judge **McLaughlin**

Christian Trabold                Thomas Patton (1)
                                 Michael Hadley (2)
Appear for Plaintiff             Appear for Defendant

Hearing begun **9:08 - 10:20 am   10:31 - 11:40 am   11:45 am - 12:10 pm**
Hearing adjourned to **1:12 pm - 2:06 pm**
**2:14 - 3:02 pm**

Hearing concluded C.A.V. _____    Stenographer **Ron Bench**

Clerk **Jeff Grossett**

WITNESSES:

For Plaintiff                    For Defendant

Mtn 57 under advisement
Mtn 77 under advisement
Mtn 63 under advisement
Mtn 58 to join

Δ's Exhibit "D" admitted - attached