# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **CRIMINAL NUMBER** |
| **VS.** : | **05 – 26 ERIE** |
| : | |
| **ALESHA M. EBERLE,** : | |
| **DEFENDANT** : | |

## MOTION TO SUBMIT VOUCHER FOR INTERIM PAYMENT

**COMES NOW**, this 2nd day of May, 2006, appointed counsel for the Defendant and hereby motions this Honorable Court for permission to submit a voucher for interim payment and represents:

1. On June 17, 2005 Michael R. Hadley, Esq. was appointed, as a member of the CJA Panel, to represent Alesha Eberle.

2. Since that date a substantial amount of time has been devoted to this case.

3. Counsel is a sole practitioner with no support staff to rely upon and devoting this substantial amount of time to this case has been a strain on resources.

4. Devoting a substantial amount of time to this case over the period of nearly one (1) year without any compensation is a financial hardship.

5. Counsel wishes to submit a payment voucher for interim payment from the date of his first appointment June 17, 2005 through December 31, 2005.

6. Additionally, on January 1, 2006 the compensation rate paid for CJA Panel attorneys was increased from $90/ hour to $92/ hour and submitting

       an interim voucher through December 31, 2005 will make accounting much easier (i.e. one voucher at the $90 hourly rate and one at the $92 hourly rate).

7. Counsel believes that if this case is completed this year no further request for an interim payment will be necessary.

**WHEREFORE**, the attached Order should be granted allowing counsel to submit an interim voucher for payment for services rendered from June 17, 2005 through December 31, 2005.

                                                Respectfully Submitted,

                                                /s/ Michael R. Hadley, Esq.
                                                Michael R. Hadley, Esq.
                                                (Pa. S. CT. ID # 80054)
                                                One Drake Drive
                                                Oil City, PA 16301
                                                (814) 676-3330