# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **CRIMINAL NUMBER** |
| **VS.** : | **05 – 26 ERIE** |
| : | |
| **ALESHA M. EBERLE,** : | |
| **DEFENDANT** : | |

## ORDER OF COURT

**AND NOW**, this _____ day of May, 2006, upon consideration of the within Motion to Submit Voucher for Interim Payment, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion be and hereby is **GRANTED** and that Michael R. Hadley, Esq. may submit an interim voucher for payment for the dates June 17, 2005 through December 31, 2005.

BY THE COURT:

_____
Hon. Sean J. McLaughlin
United States District Judge

CC:   Counsel of Record