37

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-26 Erie |
| ) | (18 U.S.C. §§2252(a)(1), |
| GEORGE L. EBERLE ) | 2252(a)(4)(B) and 2) |
| ALESHA M. EBERLE ) | |

## SUPERSEDING INDICTMENT

The grand jury charges:

In and around September 2001, in the Western District of Pennsylvania and elsewhere, the defendant, GEORGE L. EBERLE, did knowingly transport and ship in interstate and foreign commerce, specifically, by computer, visual depictions of a minor, the production of which involved the use of a minor engaging in sexually explicit conduct, and which depict a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Section 2252(a)(1).

## COUNT TWO

The grand jury further charges:

In and around September 2001, in the Western District of Pennsylvania, the defendant, GEORGE L. EBERLE, did knowingly possess visual depictions, namely, visual images in individual computer graphics files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict minors engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, by means of a computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT THREE

The grand jury further charges:

In and around March 2005, in the Western District of Pennsylvania, the defendants, GEORGE L. EBERLE and ALESHA M. EBERLE, did knowingly possess visual depictions, namely, visual images in individual computer graphics files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict minors engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, by means of a computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2.

A True Bill,


_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254