IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA         )
                                 )
            v.                   )   Criminal No. 05-26 Erie
                                 )
ALESHA M. EBERLE                 )
```

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Alesha M. Eberle, Prisoner Number 23037, DOB: 3/8/83, Caucasian, Female.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee is charged in this district by Superseding Indictment, charging detainee with violating Title 18, United States Code, Sections 2 and 2252(a)(4)(B).

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, awaiting disposition of state charges.

5. The above case is set for an arraignment at Erie, Pennsylvania on June 19, 2006 at 1:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

```
                                 s/Christian A. Trabold
                                 CHRISTIAN A. TRABOLD
                                 Assistant U.S. Attorney
                                 PA ID No. 75013
```

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____      _____
DATE                        UNITED STATES DISTRICT JUDGE

cc: United States Attorney