IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CR. NO. 05-26 ERIE |
| | ) |
| ALESHA M. EBERLE | ) |

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

1. DATE OF ARRAIGNMENT: 6/19/06

2. DEFENDANT IS:   __X__ INCARCERATED
   ____ ON BOND

3. DEFENDANT ENTERED A PLEA OF NOT GUILTY ✓

4. THE PARTIES WERE ADVISED ALL PRE-TRIAL MOTIONS MUST BE FILED WITHIN TEN (10) DAYS. ✓

5. A RULE 16 CONFERENCE:   _✓_ HAS BEEN HELD
   ____ HAS NOT BEEN HELD

6. DISCOVERY IS:   _✓_ COMPLETED
   ____ NOT COMPLETED

7. DEFENDANT HAS REQUESTED TO BE TRIED BY:   _✓_ JURY
   ____ NON-JURY

8. ALL PARTIES HAS BEEN ADVISED THAT THE MATTER:

   ____ HAS BEEN SCHEDULED FOR TRIAL _____
   BEFORE U.S. DISTRICT JUDGE SEAN J. McLAUGHLIN
   _✓_ HAS NOT BEEN SCHEDULED FOR TRIAL

9. ESTIMATED TRIAL TIME: _____

10. OTHER: _____

_s/Susan Paradise Baxter_
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge