IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-26 Erie |
| ) | |
| GEORGE L. EBERLE ) | |
| ALESHA M. EBERLE ) | |

| **ARRAIGNMENT PLEA** | **ARRAIGNMENT PLEA** |
|---|---|
| Defendant George L. Eberle being arraigned, pleads <u>not guilty</u> in open Court this <u>19th</u> day of <u>June</u>, 2006. | Defendant Alesha M. Eberle being arraigned, pleads <u>not guilty</u> in open Court this <u>19th</u> day of <u>June</u>, 2006. |
| _____<br>(Defendant's Signature) | _____<br>(Defendant's Signature) |
| _____<br>(Attorney for Defendant) | _____<br>(Attorney for Defendant) |