IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-26 Erie |
| | ) |
| GEORGE L. EBERLE | ) |
| ALESHA M. EBERLE | ) |

**CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS**

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within ten (10) days of Arraignment unless the Court extends the time upon written application made within said ten (10) day period.

_June 19, 2006_  
Date

_[signature]_  
Attorney for Defendant  
GEORGE L. EBERLE

_June 19, 2006_  
Date

_[signature]_  
Attorney for Defendant  
ALESHA M. EBERLE