# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NUMBER |
| VS. | : | 05 – 26 ERIE |
| | : | |
| ALESHA M. EBERLE, | : | |
| DEFENDANT | : | |

### MOTION TO RENEW AND APPLY PREVIOUSLY FILED PRETRIAL MOTIONS TO SUPERSEDING INDICTMENT

**COMES NOW**, this 26th day of June, 2006, the Defendant, by and through below signed counsel, and motions this Honorable Court and represents:

1. On June 19, 2006 the Defendant Alesha Eberle was arraigned on a Superseding Indictment and entered a plea of Not Guilty.

2. On June 19, 2006 the Defendant Alesha Eberle was also advised of her right to file pretrial motions within ten (10) days.

3. Defendant Alesha Eberle has previously filed pretrial motions in this case and those motions should also be considered as applying to the Superseding Indictment.

**WHEREFORE**, the attached Order should be granted.

Respectfully Submitted,

/s/ Michael R. Hadley, Esq.
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330

## **CERTIFICATE OF SERVICE**

  On the same day this document was filed with this Honorable Court a true and correct copy was sent electronically to the following:

United States Attorney's Office<br>
17 South Park Row, Room A330<br>
Erie, PA 16501-1158

            Respectfully Submitted,

            /s/ Michael R. Hadley, Esq.
            Michael R. Hadley, Esq.
            (Pa. S. CT. ID # 80054)
            One Drake Drive
            Oil City, PA 16301
            (814) 676-3330