# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NUMBER** |
| **VS.** | : | **05 – 26 ERIE** |
| | : | |
| **ALESHA M. EBERLE,** | : | |
| **DEFENDANT** | : | |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2006, upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion be and hereby is **GRANTED** and that;

1. All pretrial motions previously filed by Alesha Eberle shall be considered as applying to the Superseding Indictment.

BY THE COURT:

_____
Hon. Sean J. McLaughlin
United States District Judge

CC:   Counsel of Record