# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NUMBER |
| VS. | : | 05 – 26 ERIE |
| | : | |
| ALESHA M. EBERLE, | : | |
| DEFENDANT | : | |

## MOTION TO CONTINUE TRIAL DATE FROM AUGUST 7, 2006 TO AUGUST 14, 2006

**COMES NOW**, this 10th day of July, 2006, the Defendant, by and through below signed counsel, and motions this Honorable Court and represents:

1. This matter has been set for jury trial with a date certain of August 7, 2006.

2. Counsel for the Defendant has had a long scheduled state civil jury trial with jury selection to be August 7, 2006 and the trial to be held August 9, 10 and 11 of 2006.

3. Additionally, Attorney James T. Marnen has contacted counsel and indicated that he has a certain trial and would like the August 7, 2006 dates for that trial. Counsel for the Defendant has no objection to giving this time slot to Attorney Marnen for his case.

**WHEREFORE**, the attached Order should be granted continuing this matter from the date certain for trial of August 7, 2006 to August 14, 2006 with all time chargeable to the Defendant.

Respectfully Submitted,

/s/ Michael R. Hadley, Esq.
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330