# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NUMBER** |
| **VS.** | : | **05 – 26 ERIE** |
| | : | |
| **ALESHA M. EBERLE,** | : | |
| **DEFENDANT** | : | |

## ORDER OF COURT

**AND NOW**, this _____ day of July, 2006, upon consideration of the within *Motion to Continue Trial Date from August 7, 2006 to August 14, 2006*, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that the extension of time caused by this continuance be deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the court finds that the ends of Justice served by granting this continuance outweigh the best interest of the public and the Defendant to a speedy trial, 18 U.S.C. § 3161 (h) (8) (A), since, for the reasons stated in the Defendant's motion, the failure to grant such continuance would deny the Defendant continuity of counsel as defense counsel is scheduled for a state civil jury trial the week of August 7, 2006. 18 U.S.C. § 3161 (h) (8) (B) (iv).

BY THE COURT:

_____
Hon. Sean J. McLaughlin
United States District Judge

CC:   Counsel of Record