IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-26 Erie |
| | ) |
| ALESHA M. EBERLE | ) |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

  AND NOW comes the United States of America, by and through its counsel, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Christian A. Trabold Assistant United States Attorney for said district, and states as follows:

  1. A change of plea hearing had been scheduled for this case on August 8, 2006 at 2:00 p.m.

  2. Assistant United States Attorney Christian A. Trabold, who is assigned to this case, is not available at that time. In the interest of justice, a brief continuance of the change of plea hearing is requested.

  3. Defense counsel has no objection to continuing Alesha Eberle's change of plea hearing.

WHEREFORE, the government respectfully requests that the change of plea hearing for Alesha Eberle be continued so that Assistant United States Attorney Christian A. Trabold is available.

    Respectfully submitted,

    MARY BETH BUCHANAN
    United States Attorney

    s/Marshall J. Piccinini
    MARSHALL J. PICCININI
    Assistant U.S. Attorney
    PA ID No. 56362