IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-26 Erie |
| | ) | |
| ALESHA M. EBERLE | ) | |

**O R D E R**

AND NOW to wit, this _____ day of August, 2006, upon consideration of the Government's Unopposed Motion to Continue Change of Plea Hearing, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that this continuance be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161 et seq. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. §3161(h)(8)(A).

_____
SEAN J. MCLAUGHLIN
United States District Judge