# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 05-26 ERIE |
| | ) |
| ALESHA M. EBERLE | ) |
| | ) |
| Defendant | ) |

## CHANGE OF PLEA HEARING

Held on  August 1, 2006

Before Judge  Sean J. McLaughlin

Christian Trabold, AUSA                    Michael Hadley

_____          _____
Counsel for U.S.A.                                          Counsel for Defendant

Hearing begun **9:30 - 9:50**          Hearing adjourned to _____

Hearing concluded C.A.V. _____    Stenographer Ronald J. Bench

Clerk  N. Kierzek

## WITNESSES:

_____

DEFENDANT SWORN; DEFENDANT FOUND COMPETENT

PLEA ENTERED FOR COUNT(S) ONE (3s)

GOVERNMENT'S EXHIBIT ___*1*___ ADMITTED AND ATTACHED

DEFENDANT TO BE SENTENCED ON November 21, 2006  AT  11:00 am