IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO. 05-26 ERIE |
| ) | |
| ALESHA M. EBERLE, ) | |
| Defendant. ) | |

## PLEA

AND NOW, the defendant, **ALESHA M. EBERLE,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered June 19, 2005, and now pleads GUILTY to Count(s) Three (3s) in open Court this 11th day of August, 2006

_____
Alesha M. Eberle, Defendant

_____
Michael Hadley, Attorney for Defendant