# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A )
)
vs. ) No. CR05-26E
)
Alesha N. Eberle )
)
Defendant )

HEARING ON **Sentencing**

Held on **11-15-06**

Before Judge **Sean J. McLaughlin**

**Christian Trabold, AUSA**          **Michael Hadley**

_____          Appear for Defendant

Hearing begun **1:57 pm**   Hearing adjourned to **2:23 pm – 2:45 pm**

Hearing concluded C.A.V. **3:00 pm**   Stenographer **R. Bench**

Clerk **N. Kierzek**

### WITNESSES:

For Plaintiff                    For Defendant

Δ Sentenced to 30 mths imprisonment; 5 years supervised release; $100.00 Special Assessment; fine waived.