# NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Circuit Court Docket Number: _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NUMBER** |
| VS. | : | **05 – 26 ERIE** |
| | : | |
| **ALESHA M. EBERLE,** | : | District Court Judge: |
| DEFENDANT | : | Hon. Sean J. McLaughlin |

**NOTICE IS HEREBY GIVEN** that Alesha M. Eberle, Defendant in the above captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the November 15, 2006 *Judgment Including Sentence under the Sentencing Reform Act*.

Dated: November 20, 2006                    Respectfully Submitted,

/s/ Michael R. Hadley, Esq.
Michael R. Hadley, Esq.
(Pa. S. CT. ID # 80054)
One Drake Drive
Oil City, PA 16301
(814) 676-3330