UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 6, 2007
BCO-63

No. 06-4845

United States of America
v.
Alesha M. Eberle, Appellant
(Western District of Pennsylvania (D.C.#06-4845))

**Present:** FUENTES, Circuit Judge

1. Motion by Counsel For Travel Expenses.

/s/ Carmella L. Wells
Carmella L. Wells 267-299-4928
Case Manager

O R D E R

**The foregoing** motion is granted. Also, counsel is granted a 30-day extension to file Appellant's brief.

By the Court,

/s/ Julio M. Fuentes
**Circuit Judge**

A True Copy:

Marcia M. Waldron, Clerk

**Dated:** February 7, 2007
CLW/cc: Michael Hadley, Esq.
Robert L. Eberhardt, Esq.