UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-4845

UNITED STATES OF AMERICA

v.

ALESHA M. EBERLE,
     Appellant

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(D.C. Crim. No. 05-cr-00026)
District Judge: The Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
January 14, 2008

Before: BARRY, CHAGARES and ROTH, Circuit Judges

JUDGMENT

  This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on January 14, 2008.

  After consideration of all the contentions raised, it is

  ADJUDGED and ORDERED that the judgment of the District Court be and hereby is affirmed. All in accordance with the Opinion of the Court.

                    ATTEST:

                    <u>Marcia M. Waldron</u>
                    Clerk

Dated: February 25, 2008