UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-4845
_____

UNITED STATES OF AMERICA

v.

ALESHA M. EBERLE,
                        Appellant

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(D.C. Crim. No. 05-cr-00026)
District Judge: The Honorable Sean J. McLaughlin

_____

Submitted Under Third Circuit LAR 34.1(a)
January 14, 2008

_____

Before: BARRY, CHAGARES and ROTH, Circuit Judges

_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on January 14, 2008.

After consideration of all the contentions raised, it is

ADJUDGED and ORDERED that the judgment of the District Court be and hereby is affirmed. All in accordance with the Opinion of the Court.

ATTEST:

Marcia M. Waldron
Clerk

Dated: February 25, 2008

Certified as a true copy and issued in lieu
of a formal mandate on 03/18/08

Teste: *A True Copy:*

Clerk, U.S. Court of Appeals for the Third Circuit

Marcia M. Waldron, Clerk